UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 15-1420 _____ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

**COUNSEL FOR:** PLAINTIFF-APPELLANT

JOSEPH JEMSEK M.D. _____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_/s/ Jacques G Simon_
(signature)

JACQUES G SIMON                         516-378-8400
Name (printed or typed)                 Voice Phone

JACQUES G. SIMON ATTY. AT LAW           516-378-2700
Firm Name (if applicable)               Fax Number

2174 HEWLETT AVENUE SUITE #201

MERRICK, NY 11566                       jgs@jacquessimon.com
Address                                 E-mail address (print or type)

---

## CERTIFICATE OF SERVICE

I certify that on 04/24/15 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Matthew W. Sawchak Esq.,, Ellis & Winters, LLP P.O. Box 33550 Raleigh, NC 27636; Stephen D. Feldman Esq. Ellis & Winters, LLP P.O. Box 33550 Raleigh, NC 27636; Andrew H. Erteschik Poyner Spruill LLP P. O. Box 1801
301 Fayetteville St., Suite 1900, Raleigh, NC 27602-1801.

_/s/ Jacques G Simon_                   04/24/15
Signature                               Date

05/07/2014
SCC