# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 15-1420 JEMSEK v. NORTH CAROLINA ET.AL. |
| **Originating No. & Caption** | 5:14-CV-504 JEMSEK V. NORTH CAROLINA ET.AL. |
| **Originating Court/Agency** | US DISTRCIT COURT EDNC |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | FRAP 3 and 4 | |
| Time allowed for filing in Court of Appeals | 30 days from date of entry | |
| Date of entry of order or judgment appealed | 03/23/15 | |
| Date notice of appeal or petition for review filed | 04/16/15 | |
| If cross appeal, date first appeal filed | N/A | |
| Date of filing any post-judgment motion | N/A | |
| Date order entered disposing of any post-judgment motion | N/A | |
| Date of filing any motion to extend appeal period | N/A | |
| Time for filing appeal extended to | N/A | |
| Is appeal from final judgment or order? | ⊙ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? n/a | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-521-4022.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⊙ No |

01/27/2015
SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ◉ No |
| Has transcript been filed in district court? | ○ Yes | ◉ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | N/A | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | N/A | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ◉ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Appeal from Order and Judgment dated March 20, 2015 of the US Distrcit Court EDNC dismissing the complaint FRCVP 12(b)(1); and 12(b)(6). In the underlying action the Plaintiff sought a mandatory injunction pursuant to 42 USC 1983 and a declaratory judgment seeking to redress the existing and continued violation of Plaintiff's constitutionally protected due process rights at the hands of the defendants, past and present members of the North Carolina Medical Board. The complaint alleges that the defendants are maintaining, enforcing, continue to maintain and enforce and will continue to maintain and enforce against him a certain Order of the North Carolina Medical Board dated August 21, 2006 which is the bi product of fraud, bias and a cospiracy and undue influence among members of the Board to further the financial interests of a private insurer. The complaint alleged that the Plaintiff became aware of the fact that the Order of the Board amounts to a continued violation of his constitutional due process rights on or about April, 2014 when a member of the Board, defendant Janelle Rhyne, provided this information in a sworn affidavit in unrelated proceedings. The Plaintiff contends that the continued effect of the 2006 Board Order, its continued and further publication on the Board's web site amounts and will continue to amount to presnet and furture deptivation of due proces |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| 1. Whether the Distrcit Court erred in granting the motion to dismiss under FRCVP 12(b)(1) and 12(b)(6) of the past and preseent North Carolina Medical Board members based upon Eleventh Aendment immunity.<br><br>2. Whether the Distrcit Court erred in granting the motion to dismiss pursuant to FRCVP 12(b)(6) of the past and persent North Carolina Medical Board members by holding that the complaint and the affidavits in opposition to the motion to dismiss only stated past violations of constitutional due process thereby obviating the application of ExParte Young.<br><br>3. Whether the Distrcit Court erred in granting the motion to dismiss pursaunt to FRCVP 12(b)(1) and 12(b)(6) of the past and present North Carolina Medical Board members based upon a lack of Article III standing.<br><br>4. Whether the Distrcit Court erred in dismissing the complaint against the individual past and present Medical Board members in violation of current jurisprudence in this Circuit regarding the standards for dismissal under FRCVP 12(b). |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Janelle Rhyene, MD<br><br>Attorney: Andrew H. Erteschik<br>Address: Poyner Spruill LLP<br>P. O. Box 1801<br>301 Fayetteville St., Suite 1900<br>Raleigh, NC 27602-1801<br><br>E-mail: aerteschik@poynerspruill.com<br><br>Phone: 919-783-2895 | Adverse Party: Robert Moffat MD;Thelma C Lennon<br>Don Jablonski M.D; Pascal Udekwu M.D.<br>Attorney: Stephen Feldman, Esq.<br>Address: Ellis & Winters, LLP<br>P.O. Box 33550<br>Raleigh, NC 27636<br><br>E-mail: feldman@elliswinters.com<br><br>Phone: 919-865-7005 |
| **Adverse Parties (continued)** ||
| Adverse Party: H Arthur McCulloch MD;<br>Ralph Loomis M.D. ; Alouisius P. Walsh<br>Attorney: Stephen D. Feldman Esq.<br>Address: Ellis & Winters, LLP<br>P.O. Box 33550<br>Raleigh, NC 27636<br><br>E-mail: stephen.feldman@elliswinters.com<br><br>Phone: 919-865-7005 | Adverse Party: Sarvaresh Sathiraju M.D.<br>Paul S Camnitz M.D.; Cheryl Walker-McGill M.D.<br>Attorney: Stephen D. Feldman, Esq.,<br>Address: Ellis & Winters, LLP<br>P.O. Box 33550<br>Raleigh, NC 27636<br><br>E-mail: stephen.feldman@elliswinters.com<br><br>Phone: 919-865-7005 |

| Appellant (Attach additional page if necessary.) ||
|---|---|
| Name: EK Fretweel Ph.D.;Eleanor E GreeneMD<br>George L Saunders M.D.; Michhael Norrins M.D.<br><br>Attorney: Stephen D. Feldman Esq.,<br>Address: Ellis & Winters, LLP<br>P.O. Box 33550<br>Raleigh, NC 27636<br><br>E-mail: stephen.feldman@elliswinters.com<br><br>Phone: 919-865-7004 | Name: Helen Diane Meelheim; Michael J Arnold<br>Subhash C Gumber M.D; Timothy E Lietz M.D.<br><br>Attorney: Stephen D. Feldman<br>Address: Ellis & Winters, LLP<br>P.O. Box 33550<br>Raleigh, NC 27636<br><br>E-mail: stephen.feldman@elliswinters.com<br><br>Phone: 919-865-7004 |
| **Appellant (continued)** ||
| Name: Debra A Bolick MD;<br>Barbara E Walker DO; A Wayne Holloman<br><br>Attorney: Stephen D. Feldman<br>Address: Ellis & Winters, LLP<br>P.O. Box 33550<br>Raleigh, NC 27636<br><br>E-mail: stephen.feldman@elliswinters.com<br><br>Phone: 919-865-7004 | Name: Dicky S Walia<br><br><br>Attorney: Ronald Hill Garber<br>Address: Boxley, Bolton, Garber & Haywood, LLP<br>P. O. Box 1429<br>227 West Martin St.<br>Raleigh, NC 27602<br><br>E-mail: rgarber@bbghlaw.com<br><br>Phone: 919-832-3915 |

Signature: _/s/_  Date: 04/27/15

Counsel for: PLAINTIFF- APPLELLANT

Certificate of Service: I certify that on 04/27/15 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

| | |
|---|---|
| Stephen Feldman Esq.,<br>Matthew W. Sawchak<br>Ellis & Winters, LLP<br>P.O. Box 33550<br>Raleigh, NC 27636<br><br>Andrew H. Erteschik, Esq.,<br>Poyner Spruill LLP<br>P. O. Box 1801<br>301 Fayetteville St., Suite 1900<br>Raleigh, NC 27602-1801 | Ronald Grabber, Esq.<br>Nathaniel Gavin Zaleski<br>Boxley, Bolton, Garber & Haywood, LLP<br>P. O. Box 1429<br>227 West Martin St.<br>Raleigh, NC 27602 |

Signature: _/s/_  Date: 04/27/15