UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 15-1420 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Janelle R. Rhyne, M.D.

_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

s/ Andrew H. Erteschik
(signature)

Andrew H. Erteschik                  919-783-2895
Name (printed or typed)              Voice Phone

Poyner Spruill LLP                   919-783-1075
Firm Name (if applicable)            Fax Number

P.O. Box 1801

Raleigh, NC 27602-1801               aerteschik@poynerspruill.com
Address                              E-mail address (print or type)

---

## CERTIFICATE OF SERVICE

I certify that on 4/29/2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

See attached.

s/ Andrew H. Erteschik                              4/29/2015
Signature                                           Date

05/07/2014
SCC

**Return to Service List Page**

**Service List for Case:** 15-1420 Joseph Jemsek v. State of North Carolina

**Current Associated Cases:** none

| Contact Info | Case Number/s | Service Preference | ECF Filing Status |
|---|---|---|---|
| Stephen Daniel Feldman<br>ELLIS & WINTERS, LLP<br>P. O. Box 33550<br>Raleigh, NC 27636-0000<br>Email: stephen.feldman@elliswinters.com | 15-1420 | Email | Active |
| Ronald H. Garber<br>BOXLEY, BOLTON, GARBER & HAYWOOD, LLP<br>P. O. Drawer 1429<br>Raleigh, NC 27602-0000<br>Email: rgarber@bbghlaw.com | 15-1420 | Email | Active |
| Robert Meynardie<br>MEYNARDIE & NANNEY, PLLC<br>Suite 500<br>333 Fayetteville Street<br>Raleigh, NC 27601<br>Email: bob@mnlaw-nc.com | 15-1420 | Email | Active |
| Gerald Kevin Robbins<br>NORTH CAROLINA DEPARTMENT OF JUSTICE<br>P. O. Box 629<br>Raleigh, NC 27602-0629<br>Email: grobbins@ncdoj.gov | 15-1420 | Email | Active |
| Matthew Woodruff Sawchak<br>ELLIS & WINTERS, LLP<br>P. O. Box 33550<br>Raleigh, NC 27636-0000<br>Email: matt.sawchak@elliswinters.com | 15-1420 | Email | Active |
| Jacques G. Simon<br>JACQUES G. SIMON ATTORNEY AT LAW<br>Suite 201<br>2174 Hewlett Avenue<br>Merrick, NY 11566<br>Email: jgs@jacquessimon.com | 15-1420 | Email | Active |