UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __15-1420__       Caption: __Jemsek v. State of North Carolina__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__Janelle R. Rhyne, M.D.__
(name of party/amicus)

who is _____appellee_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO

2. Does party/amicus have any parent corporations?  ☐ YES ☑ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   N/A

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO
   If yes, identify all such owners:
   N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☐ YES ☑ NO
If yes, identify entity and nature of interest:

   N/A

5. Is party a trade association? (amici curiae do not complete this question)  ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

   N/A

6. Does this case arise out of a bankruptcy proceeding?  ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

   N/A

Signature: s/ Andrew H. Erteschik                Date: 4/29/2015

Counsel for: Andrew H. Erteschik

## CERTIFICATE OF SERVICE
**************************

I certify that on _____4/29/2015_____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

See attached.

s/ Andrew H. Erteschik                              4/29/2015
    (signature)                                       (date)

**Return to Service List Page**

**Service List for Case:** 15-1420 Joseph Jemsek v. State of North Carolina

**Current Associated Cases:** none

| Contact Info | Case Number/s | Service Preference | ECF Filing Status |
|---|---|---|---|
| Stephen Daniel Feldman<br>ELLIS & WINTERS, LLP<br>P. O. Box 33550<br>Raleigh, NC 27636-0000<br>Email: stephen.feldman@elliswinters.com | 15-1420 | Email | Active |
| Ronald H. Garber<br>BOXLEY, BOLTON, GARBER & HAYWOOD, LLP<br>P. O. Drawer 1429<br>Raleigh, NC 27602-0000<br>Email: rgarber@bbghlaw.com | 15-1420 | Email | Active |
| Robert Meynardie<br>MEYNARDIE & NANNEY, PLLC<br>Suite 500<br>333 Fayetteville Street<br>Raleigh, NC 27601<br>Email: bob@mnlaw-nc.com | 15-1420 | Email | Active |
| Gerald Kevin Robbins<br>NORTH CAROLINA DEPARTMENT OF JUSTICE<br>P. O. Box 629<br>Raleigh, NC 27602-0629<br>Email: grobbins@ncdoj.gov | 15-1420 | Email | Active |
| Matthew Woodruff Sawchak<br>ELLIS & WINTERS, LLP<br>P. O. Box 33550<br>Raleigh, NC 27636-0000<br>Email: matt.sawchak@elliswinters.com | 15-1420 | Email | Active |
| Jacques G. Simon<br>JACQUES G. SIMON ATTORNEY AT LAW<br>Suite 201<br>2174 Hewlett Avenue<br>Merrick, NY 11566<br>Email: jgs@jacquessimon.com | 15-1420 | Email | Active |