FILED: May 13, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1420

(5:14-cv-00504-BO)

_____

JOSEPH JEMSEK, M.D.

      Plaintiff - Appellant

v.

STATE OF NORTH CAROLINA; NORTH CAROLINA MEDICAL BOARD; JANELLE R. RHYNE, M.D.; ROBERT MOFFATT, M.D.; H. ARTHUR MCCULLOCH, M.D.; ALOISIUS P. WALSH; E. K. FRETWEEL, M.D.; MICHAEL E. NORINS, M.D.; GEORGE L. SAUNDERS, M.D.; SARVARESH SATHIRAJU, M.D.; DICKY S. WALIA; RALPH LOOMIS, M.D.; DON JABLONSKI, M.D.; PAUL S. CAMNITZ, MD, M.D.; CHERYL WALKER-MCGILL, M.D.; PASCAL UDEKWU, M.D.; HELEN DIANE MEELHEIM, FNP-BC; SUBHASH GUMBER, M.D., Ph.D.; TIMOTHY E. LIETZ, M.D.; DEBRE A. BOLICK, M.D.; ELANOR E. GREENE, M.D.; A. WAYNE HOLLOMAN; THELMA C. LENNON; MICHAEL J. ARNOLD, M.B.A.; BARBARA E. WALKER, D.O.

      Defendants - Appellees

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 07/01/2015

Opening brief due: 07/01/2015

Response brief due: 08/20/2015

Any reply brief: 14 days from service of response brief.

                                      For the Court--By Direction

                                      <u>/s/ Patricia S. Connor, Clerk</u>