# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

## No. 15-1420
### (5:14-cv-00504-BO)

**JOSEPH JEMSEK, M.D.,**

     **Plaintiff – Appellant,**

**v.**

**STATE OF NORTH CAROLINA; NORTH CAROLINA MEDICAL
BOARD; JANELLE R. RHYNE, M.D.; ROBERT MOFFATT, M.D.;
H. ARTHUR MCCULLOCH, M.D.; ALOISIUS P. WALSH;
E. K. FRETWEEL, M.D.; MICHAEL E. NORINS, M.D.;
GEORGE L. SAUNDERS, M.D.; SARVARESH SATHIRAJU, M.D.;
DICKY S. WALIA; RALPH LOOMIS, M.D.; DON JABLONSKI, M.D.;
PAUL S. CAMNITZ, MD, M.D.; CHERYL WALKER-MCGILL, M.D.;
PASCAL UDEKWU, M.D.; HELEN DIANE MEELHEIM, FNP-BC;
SUBHASH GUMBER, M.D., Ph.D.; TIMOTHY E. LIETZ, M.D.;
DEBRE A. BOLICK, M.D.; ELANOR E. GREENE, M.D.; A. WAYNE
HOLLOMAN; THELMA C. LENNON; MICHAEL J. ARNOLD, M.B.A.;
BARBARA E. WALKER, D.O.,**

     **Defendants – Appellees.**

## MOTION FOR VOLUNTARY DISCONTINUANCE OF APPEAL WITHOUT COSTS PURSUANT TO FRAP 42(b) WITH RESPECT TO THE APPELLEE STATE OF NORTH CAROLINA.

COMES NOW the Appellant Joseph Jemsek M.D. by his undersigned attorneys and moves this Court pursuant to FRAP 42(b) for an order of voluntary dismissal of the appeal without costs with respect to the Appellee State of North Carolina. In support of this motion the Appellant submits the following: (1) this

1

motion is submitted on consent between the attorneys for the Appellant and the attorneys for the Appellee State of North Carolina; (2) In the case before the District Court the action was voluntarily discontinued pursuant to FRCVP 40; (3) in the body of the appeals brief the Appellant specifically stated that the appeal is not taken against the State of North Carolina; (4) set forth below is the statutory agreement between counsel for the Appellant and for the Appellee State of North Carolina  agreeing that the appeal be discontinued against the State of North Carolina without costs; (5) during mediation conference held on May, 2015 the attorneys for all parties to the appeal indicated that this motion is unopposed.

The Appeal shall continue and go forward with respect to the individual Appellees JANELLE R. RHYNE, M.D.; ROBERT MOFFATT, M.D.; H. ARTHUR MCCULLOCH, M.D.; ALOISIUS P. WALSH; E. K. FRETWEEL, M.D.; MICHAEL E. NORINS, M.D.; GEORGE L. SAUNDERS, M.D.; SARVARESH SATHIRAJU, M.D.; DICKY S. WALIA; RALPH LOOMIS, M.D.; DON JABLONSKI, M.D.; PAUL S. CAMNITZ, MD, M.D.; CHERYL WALKER-MCGILL, M.D.; PASCAL UDEKWU, M.D.; HELEN DIANE MEELHEIM, FNP-BC; SUBHASH GUMBER, M.D., Ph.D.; TIMOTHY E. LIETZ, M.D.; DEBRE A. BOLICK, M.D.; ELANOR E. GREENE, M.D.; A. WAYNE HOLLOMAN; THELMA C. LENNON; MICHAEL J. ARNOLD, M.B.A.; and BARBARA E. WALKER, D.O. A brief on appeal has been timely filed against said Appellees.

WHEREFORE the appellant requests that pursuant to FRAP 42(b) the clerk of the Court enter an order on consent voluntarily dismissing the appeal with respect to the Appellee State of North Carolina without costs to either party. This motion does not affect the active status of the appeal with respect to the individual Appellees.

Dated: July 14, 2015

Attorneys for the Appellant
JACQUES G. SIMON, ATTORNEY AT LAW

/s/_____
By: Jacques G. Simon, Esq.,
2174 Hewlett Avenue, Suite #201
Merrick, NY, 11566
Phone: 516-378-8400; Fax:     516-378-2700
Email: jgs@jacquessimon.com

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
_____
**No. 15-1420**
**(5:14-cv-00504-BO)**

**JOSEPH JEMSEK, M.D.,**

        **Plaintiff – Appellant,**

**v.**

**STATE OF NORTH CAROLINA; NORTH CAROLINA MEDICAL
BOARD; JANELLE R. RHYNE, M.D.; ROBERT MOFFATT, M.D.;
H. ARTHUR MCCULLOCH, M.D.; ALOISIUS P. WALSH;
E. K. FRETWEEL, M.D.; MICHAEL E. NORINS, M.D.;
GEORGE L. SAUNDERS, M.D.; SARVARESH SATHIRAJU, M.D.;
DICKY S. WALIA; RALPH LOOMIS, M.D.; DON JABLONSKI, M.D.;
PAUL S. CAMNITZ, MD, M.D.; CHERYL WALKER-MCGILL, M.D.;
PASCAL UDEKWU, M.D.; HELEN DIANE MEELHEIM, FNP-BC;
SUBHASH GUMBER, M.D., Ph.D.; TIMOTHY E. LIETZ, M.D.;
DEBRE A. BOLICK, M.D.; ELANOR E. GREENE, M.D.; A. WAYNE
HOLLOMAN; THELMA C. LENNON; MICHAEL J. ARNOLD, M.B.A.;
BARBARA E. WALKER, D.O.,**

        **Defendants – Appellees.**

**AGREEMENT REGARDING DISCONTINUANCE OF APPEAL
WITHOUT COSTS PURSUANT TO FRAP 42(b) WITH RESPECT TO
<u>THE APPELLEE STATE OF NORTH CAROLINA.</u>**

IT IS HEREBY STIPULATED AND AGREED pursuant to FRAP 42(b) by

and between the undersigned, attorneys for the Appellant Joseph Jemsek M.D. and

4

attorneys for the Appellee State of North Carolina that this appeal is voluntarily

discontinued with respect to the Appellee State of North Carolina without costs

and that both parties to this agreement and  stipulation hereby agree that the clerk

of the Court   enter an Order pursuant to FRAP 42(b) indicating that the

accompanying motion for a voluntary dismissal of the appeal against the Appellee

Sate of North Carolina is granted on consent and without costs.

Dated: July 14, 2015

Attorneys for the Appellant
JACQUES G. SIMON, ATTORNEY AT LAW

/s/_____
By: Jacques G. Simon, Esq.,
2174 Hewlett Avenue, Suite #201
Merrick, NY, 11566
Phone: 516-378-8400; Fax:      516-378-2700
Email: jgs@jacquessimon.com

Attorneys for the Appellee State of North Carolina
North Carolina Attorney General

/s/_____
By: Gerald K. Robbins, Esq.,
North Carolina Attorney General's Office
114 W. Edenton St.
Raleigh, NC 27602-3254
919-716-6628; Fax: 919-716-6761
Email: grobbins@ncdoj.gov

5

<u>**CERTIFICATE OF FILING AND SERVICE**</u>

I hereby certify that on this 15th day of July, 2015, I caused this Brief of Appellant and Joint Appendix to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

| | |
|---|---|
| Andrew H. Erteschik | Gerald K. Robbins |
| POYNER SPRUILL LLP | NORTH CAROLINA DEPARTMENT OF JUSTICE |
| Post Office Box 1801 | Post Office Box 629 |
| Raleigh, North Carolina 27602 | Raleigh, North Carolina 27602 |
| (919) 783-2895 | (919) 716-6850 |
| *Counsel for Janelle R. Rhyne* | *Counsel for State of North Carolina* |
| | |
| Ronald H. Garber | Stephen D. Feldman |
| BOXLEY, BOLTON, GARBER | Matthew W. Sawchak |
| & HAYWOOD, LLP | ELLIS & WINTERS, LLP |
| Post Office Drawer 1429 | Post Office Box 33550 |
| Raleigh, North Carolina 27902 | Raleigh, North Carolina 27636 |
| (919) 832-7004 | (919) 865-7009 |
| *Counsel for Dicky S. Walia* | *Counsel for North Carolina* |
| | *Medical Board, et.al.* |

Dated: July 15, 2015

/s/_____
Jacques G. Simon, Esq.,
Counsel for the Appellant

6